FILED: September 22, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-7105
(7:16-cr-00110-D-1)
(7:19-cv-00103-D)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

EDWIN LEO BROWN

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
| Originating Case Number | 7:16-cr-00110-D-1<br>7:19-cv-00103-D |
| Date notice of appeal filed in originating court: | 09/21/2022 |
| Appellant(s) | Edwin Brown |
| Appellate Case Number | 22-7105 |
| Case Manager | Rickie Edwards<br>804-916-2702 |