FILED: June 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7105
(7:16-cr-00110-D-1)
(7:19-cv-00103-D)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

EDWIN LEO BROWN

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellee's petition for rehearing and motion to recall and stay the mandate, the court denies the petition and the motion.

Entered at the direction of Judge Gregory with the concurrence of Judge King and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk